UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

Jesus L. Diaz,

               Plaintiff,

    -against-

Joe Sledge, Bill Marengo, Frances Maida,
Robert A. McDonald, Northport VA Medical Center,

               Defendants.
-------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ OCT 0 1 2014 ★

LONG ISLAND OFFICE

**COMPLAINT**

**C V - 1 4   5 8 2 9**
**Jury Trial Demanded**

FEUERSTEIN, J
LINDSAY, M

I.     Parties:

     Plaintiff Jesus L. Diaz, resides at 864 Washington Street,
     Baldwin, NY 11510

     Defendant Joe Sledge, resides at 79 Middleville Road,
     Northport, NY 11768

     Defendant Bill Marengo, resides at 79 Middleville Road,
     Northport, NY 11768

     Defendant Robert A. McDonald, resides at 79 Middleville Road,
     Northport, NY 11765

     Defendant Northport VA Medical Center, resides at 79
     Middleville Road, Northport, NY 11768

II.    The jurisdiction of the court is invoked pursuant to it's a
     Federal institution

III    Statement of Claim.  On June 15, 2010 Joe Sledge called my
     house and made me believe he was EEO.  He gave me protocol
     on how to proceed and misled me.  Around on the same time, I

went to  see Bill Marengo and he told me that everything was being resolved by Frances Maida and Joe Sledge.  On June 15, 2010 I met with Frances Maida at the request of Human Resources to get advice on what to do regarding the Electrician positions I had applied for.  She forwarded this information to Joe Sledge as opposed to the EEO Officer.

IV.   Remedy, I hereby seek back pay from the years 2003-present plus any and all benefits that came with the hiring.

_9-30-2014_
Date

_Jesus L._
Jesus L. Diaz

_516 546 2653_
Telephone Number